THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS
PRECEDENT 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Derrick Gibson, Appellant.
 
 
 

Appeal From Clarendon County
 Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-621
Submitted December 1, 2004  Filed December 
 10, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; 
 and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Derrick Gibson pled guilty to three counts of second-degree 
 burglary.  He was sentenced to concurrent ten-year sentences on the three charges, 
 with credit for time served.  Pursuant to Anders v. California, 386 U.S. 
 738 (1967), Gibsons counsel attached a petition to be relieved.  Appellant 
 did not file a pro se response.    
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.    
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.